# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128585

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAMELA SWAID,
      Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
      Defendant-Appellant.

SC: 128585
COA: 259356
WCAC: 03-000404

_____/

On order of the Court, the application for leave to appeal the March 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

t1128